Andrea Darrow Smith, SBN 265237
Joshua B. Swigart, SBN 225557
Hyde & Swigart
429 Main Street, Ste B8
Riverside, California 92501
Telephone: (951) 784-7770
Facsimile:  (619) 297-1022
andrea@westcoastlitigation.com
josh@westcoastlitigation.com
Attorney for Plaintiff Jason Williams

Sondra R. Levine, SBN 254139
Debbie P. Kirkpatrick, SBN 207112
Sessions, Fishman, Nathan & Israel, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA 92108-3426
Telephone: (619) 758-1891
Facsimile:  (619) 296-2013
dpk@sessions-law.biz
slevine@session-law.biz
Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Williams, | ) Case No.  LA CV10-08481-JAK-(AJWx) |
| Plaintiff, | ) NOTICE OF SETTLEMENT |
| vs. | ) |
| NCO Financial Systems, Inc., | ) |
| Defendant. | ) |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff Jason Williams and Defendant NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 10, 2011, for filing dispositional documents.

Dated: June 16, 2011　　　　　HYDE & SWIGART

　　　　　　　　　　　　　　　*/s/ Andrea Darrow Smith*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Andrea Darrow Smith
　　　　　　　　　　　　　　　Attorney for Plaintiff Jason Williams

Dated: June 16, 2011　　　　　SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

　　　　　　　　　　　　　　　*/s/ Sondra R. Levine*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Sondra R. Levine
　　　　　　　　　　　　　　　Attorneys for Defendant NCO Financial Systems, Inc.