# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-08481 JAK (AJWx) | Date | June 20, 2011 |
|---|---|---|---|
| Title | Jason Williams v. NCO Financial Systems, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 19, 2011, defendant filed "Notice of Settlement" [19]. The Court sets an Order to Show Cause re Dismissal for July 18, 2011 at 10:30 a.m. If the parties file a dismissal by July 15, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The following hearings are vacated:

    Status Conference re Settlement:    August 8, 2011
    Final Pretrial Conference:    November 28, 2011
    Jury Trial:    December 13, 2011

**IT IS SO ORDERED.**

                                                  :

Initials of Preparer    ak